**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF FLORIDA**
**PENSACOLA DIVISION**

**IN RE:**

**Michael Eric Rowe   and**
**Elizabeth Ann Rowe**

     **Debtor(s).**

     **CASE NO. 06-30731-LMK**
     **CHAPTER 13**

_____/

## AGREED ORDER SUSTAINING IN PART DEBTOR'S OBJECTION TO CLAIM NO. 1 OF UNIVERSAL MORTGAGE CORPORATION

THIS CAUSE came on for consideration pursuant to the Debtors' Objection to Claim No. 1 of UNIVERSAL MORTGAGE CORPORATION, filed by the Debtors in the above-styled cause. Both parties having agreed and the Court, having considered said Objection to Claim, is of the opinion that it is appropriate to enter an Order on such Objection. It is, therefore,

ORDERED, ADJUDGED AND DECREED as follows:

1. The Debtors' Objection to Proof of Claim No. 1 is sustained in part, but in the event the stay is reinstated the Trustee shall resume making payments to the Claimant in accordance with said claim.

2. For plan confirmation purposes only, UNIVERSAL MORTGAGE CORPORATION'S Proof of Claim is stricken, and shall receive no distribution in this case. However, both the obligation and the lien shall survive any further confirmation and discharge.

3. The arrears referenced in the Proof of Claim filed in this case (8,551.35) shall remain fully recoverable in the normal course.

4. UNIVERSAL MORTGAGE CORPORATION is granted *in rem* (and not *in personam*) stay relief on its real property collateral, more particularly described as follows:

> **LOT 68, BLOCK B, CONDOR ESTATES, BEING A PORTION OF SECTION 4, TOWNSHIP 1 NORTH, RANGE 29 WEST, SANTA ROSA COUNTY, FLORIDA, ACCORDING TO THE PLAT RECORDED IN THE PLAT BOOK D, PAGE 48 OF THE PUBLIC RECORDS OF SAID COUNTY.**

5. The Claimant may add bankruptcy attorney's fees and costs to the mortgage debt.

DONE and ORDERED at PENSACOLA, Florida this 21st day of Jan., 2009.

_____
LEWIS M. KILLIAN, JR.
UNITED STATES BANKRUPTCY JUDGE

Prepared / Submitted by:
LEE H. DAVIS
FLORIDA BAR NO. 0021579
LEE H. DAVIS
FLORIDA BAR NO. 0021579
Florida Default Law Group, P.L.
P.O. Box 25018
Tampa, Florida  33622-5018
Phone  (813) 251-4766
Fax  (813) 251-1541

The foregoing is directed to serve copies of this order on the parties listed and file a certificate of service.

Copies Furnished To:
Michael Eric Rowe and Elizabeth Ann Rowe
4049 Windsor Lane
Pace, FL  32571

Steven D. Jurnovoy, Esquire
1100 North Palafox Street
Pensacola, FL  32501

Leigh D. Hart, Trustee
P.O. Box 646
Tallahassee, FL  32302

UNIVERSAL MORTGAGE CORPORATION
12080 North Corporate Parkway
Mequon, WI  53092
Florida Default Law Group, P.L.
P.O. Box 25018
Tampa, Florida  33622-5018

Florida Default Law Group, P.L.
P.O. Box 25018
Tampa, Florida  33622-5018